UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Lien-Ming Tung,

       Plaintiff(s),

                              CIVIL ACTION NO. 1:12cv10729 - RGS

v.

Vincent Wu, et al.,

       Defendant(s).

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

    The Court having been advised by counsel that the above-entitled action has settled:

    It is hereby ordered that this action be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to restore this action to the docket within thirty (30) days if settlement is not consummated.

    SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

          BY:

                                            /s/ *Terri Seelye*

Dated: June 14, 2012                         Courtroom Clerk to the
                                                    Honorable Richard G. Stearns